IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL ROLAND,                             *
                                            *
          Plaintiff,                        *
v.                                          *
                                            *
CRITTENDEN COUNTY DETENTION                 *   No. 3:12-cv-00317-SWW-JJV
FACILITY; *et al.*                          *
                                            *
          Defendants.                       *

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Crittenden County Detention Facility is DISMISSED because it is not a proper party subject to suit.

2. Plaintiff's allegations of denial of worship in a quiet designated area, facility mismanagement, insufficient mats and blankets, opening of legal mail, and no communication with family, are DISMISSED for failure to state a claim upon which relief may be granted.

3. Plaintiff's allegations on behalf of other inmates are DISMISSED.

IT IS SO ORDERED this 14th day of February 2013.

                                    /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE