# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| MICHAEL ROLAND, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:12CV00317-JJV |
| CRITTENDEN COUNTY DETENTION | * | |
| FACILITY; *et al.*, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of August, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE